PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>LUIZ ALMEIDA ARAUJO,<br><br>            Defendant. | CASE NO. 2:18-MJ-00025-KJN<br><br>**ORDER** |

The United States' motion to dismiss without prejudice the complaint charging a violation of 18 U.S.C. §1073, Unlawful Flight to Avoid Prosecution, and its associated arrest warrant, all in the above referenced case, 2:18-MJ-00025, against LUIZ ALMEIDA ARAUJO is GRANTED.

Dated: April 4, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1